UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-CV-00290-FDW-DSC

| MIRANDA HATHAWAY *et al.*, | ) | |
| --- | --- | --- |
| Plaintiffs, | ) | |
| vs. | ) | ORDER |
| SMALLCAKES STEELE CREEK, LLC *et al.*, | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court, *sua sponte*, as to the trial setting in this matter, which is currently scheduled to begin with docket call on July 11, 2022. Because of the Court's April 18, 2022, Order Granting with Modification the parties' Motion to Approve Settlement, (Doc. No. 23), the Court hereby CONTINUES trial in this matter to the mixed term beginning September 12, 2022.

IT IS SO ORDERED.

Signed: June 29, 2022

Frank D. Whitney
United States District Judge